IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr49-MEF |
| | ) | |
| RICHARD JAMES MARSHALL | ) | |

**ORDER**

Upon consideration of defendant's motion to suppress (Doc. #11) filed May 30, 2008, and for good cause, it is

ORDERED that the suppression hearing be and hereby is scheduled for 9:00 a.m. on September 3, 2008 courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If defendant is in custody, the United States Marshal is DIRECTED to produce defendant for the hearing.

The Clerk of the Court is DIRECTED to provide a court reporter for the hearing.

DONE, this 11th day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE