IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CR. NO.:2:08cr49-MEF |
| ) | |
| RICHARD JAMES MARSHALL ) | |

### WAIVER OF PRETRIAL RELEASE REVOCATION HEARING

**COMES NOW** the Defendant, Richard James Marshall, by and through undersigned counsel, Aylia McKee, and waives his right to a revocation hearing. In support of this motion, the defense states:

1. The Defendant was arrested after pretrial release on August 15, 2008.

2. Mr. Marshall's pretrial release revocation hearing is scheduled for today, August 20, 2008 at 2:00 p.m.

3. Based upon Government counsel's agreement not to contest Mr. Marshall's acceptance of responsibility based upon the allegations contained in the revocation petition, the defendant waives his revocation hearing and agrees to remain in custody while this case is resolved.

**WHEREFORE,** Defendant moves to waive his revocation hearing.

Dated this 20th day of August, 2008.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No.: 2:08cr49-MEF |
| ) | |
| **RICHARD JAMES MARSHALL** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M