IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08cr49-MEF |
| ) | |
| RICHARD JAMES MARSHALL ) | |

## **ORDER**

On August 20, 2008, the defendant, RICHARD JAMES MARSHALL, waived his right to a revocation hearing on charges of violating the terms of his pre-sentence release. Upon consideration of the waiver filed, it is

ORDERED that the motion to revoke bond (Doc. # 21) and defendant's motion to waive revocation hearing (Doc. # 26) are GRANTED and defendant's pretrial release is hereby revoked. The defendant is remanded to the custody of the United States Marshal pending trial.

DONE, this 20th day of August, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE