IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.:2:08 cr 49 MEF - SRW |
| | ) | |
| RICHARD JAMES MARSHALL | ) | |

## MOTION TO WITHDRAW MOTION TO SUPPRESS

**NOW COMES** the Defendant, Richard James Marshall, by and through undersigned counsel, Aylia McKee, and withdraws the Motion to Suppress (Docket No. 11) filed on May 30, 2008.

**WHEREFORE**, the Defendant prays that his Motion be granted.

Dated this 22nd day of August, 2008.

Respectfully submitted,

**s/ Aylia McKee**
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.            ) | Case No.: 2:08cr49-MEF |
| ) | |
| **RICHARD JAMES MARSHALL** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

Respectfully submitted,

**s/ Aylia McKee**
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M