IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.:2:08 cr 49 MEF - SRW |
| | ) | |
| RICHARD JAMES MARSHALL | ) | |

## MOTION TO WITHDRAW MOTION TO SUPPRESS

NOW COMES the Defendant, Richard James Marshall, by and through undersigned counsel, Aylia McKee, and withdraws the Motion to Suppress (Docket No. 11) filed on May 30, 2008.

WHEREFORE, the Defendant prays that his Motion be granted.

Dated this 22nd day of August, 2008.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

## MOTION GRANTED

THIS _26__ DAY OF _August___, 20 _08_

_____
UNITED STATES MAGISTRATE JUDGE