IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.  2:08-cr-49-MEF |
| ) | |
| RICHARD JAMES MARSHALL ) | |

**O R D E R**

After an independent review of the file and the Supreme Court's recent opinion in *United States v. Hayes*, 2009 WL 436680, No. 07-608 (U.S. Feb. 24, 2009), it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The defendant's Objections (Doc. #44) to the Recommendation of the Magistrate Judge filed on January 24, 2009 are overruled;

(2)  The Recommendation of the Magistrate Judge (Doc. #40) entered on January 13, 2009  is adopted;

(3)  The defendant's Motion to Dismiss (Doc. #31) is DENIED.

DONE this the 11th day of March, 2009

                                              /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE